# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| **PETER WILSON** </br></br> *Plaintiff* </br></br> v. </br></br> **TEXONA MARKETING LLC D/B/A COLLINS GHOSTWRITING** </br></br> *Defendant* | Civil Action No. 24-4003 |

## AFFIDAVIT OF SERVICE

I, Leodegreat Orji, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on November 3, 2024, at 2:54 pm. I delivered these documents to Texona Marketing LLC in Harris County, TX on November 12, 2024 at 1:52 pm at 10998 South Wilcrest Drive, 150, Houston, TX 77099 by leaving the following documents with Abdulaziz sema who as Owmer is authorized by appointment or by law to receive service of process for Texona Marketing LLC.

Summons

Asian Male, est. age 35-44, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=29.662734,-95.5695662
Photograph: See Exhibit 1


Total Cost: $95.00

My name is Leodegreat Orji, my date of birth is 3/11/1994, and my address is 5331 Beverly Hill St, Houston, TX 77056, 2712, Houston, TX 77056, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Brazoria County__, __TX__ on __11/13/2024__.

/s/ *Leodegreat Orji*
_____
Leodegreat Orji
+1 (281) 889-9010
Certification Number: PSC-23177
Expiration Date: 9/30/2025

