IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PETER WILSON, individually and on behalf of all others similarly situated,** *Plaintiff*, | § § § § | |
| **vs.** | § § | **CIVIL ACTION NO. 4:24-CV-04003** |
| **TEXONA MARKETING, LLC d/b/a COLLINS GHOSTWRITING,** *Defendant*. | § § § § | |

**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

On this day came to be heard Defendant Texona Marketing, LLC d/b/a Collins Ghostwriting's Motion for Extension of Time to File Answer.

After considering the Motion, the Court is of the opinion that the Motion should be and hereby is GRANTED. IT IS, THEREFORE, ORDERED that the deadline for Defendant to file an Answer be extended through January 8, 2025.

SIGNED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE

1