Case 4:24-cv-04003   Document 8   Filed on 12/06/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 10, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PETER WILSON, individually and on behalf of all others similarly situated,** *Plaintiff,* | § § § § | |
| vs. | § § | CIVIL ACTION NO. 4:24-CV-04003 |
| **TEXONA MARKETING, LLC d/b/a COLLINS GHOSTWRITING,** *Defendant.* | § § § § | |

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE ANSWER

On this day came to be heard Defendant Texona Marketing, LLC d/b/a Collins Ghostwriting's Motion for Extension of Time to File Answer. ECF 7.

After considering the Motion, the Court is of the opinion that the Motion should be and hereby is GRANTED. IT IS, THEREFORE, ORDERED that the deadline for Defendant to file an Answer be extended through January 8, 2025.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on December 6th, 2024.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1