## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PETER WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TEXONA MARKETING, LLC d/b/a COLLINS GHOSTWRITING, Defendant. | Civil Case No.: 4:24-cv-04003 |

## **NOTICE OF APPEARANCE**

Anthony I. Paronich is filing this Notice of Appearance on behalf of the plaintiff.

Dated: January 9, 2025　　　　　　PLAINTIFF,


　　　　　　　　　　　　　　　　*/s/ Anthony Paronich*
　　　　　　　　　　　　　　　　Anthony Paronich
　　　　　　　　　　　　　　　　Email: anthony@paronichlaw.com
　　　　　　　　　　　　　　　　PARONICH LAW, P.C.
　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　Telephone: (617) 485-0018
　　　　　　　　　　　　　　　　Facsimile: (508) 318-8100