UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Peter Wilson , §
§
§
Plaintiff, §
VS. §   CIVIL ACTION NO. H- 4:24-cv-04003
§
Texona Marketing LLC §
§
§
Defendant. §

### SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: __5__ Days          Jury: __x__   Non-Jury: _____

1. (a) NEW PARTIES shall be joined by:              February 28, 2025
       The Attorney causing the addition of new parties will
       provide copies of this Order to new parties.
   (b) **AMENDMENT TO PLEADINGS** by Plaintiff or
       Counter-Plaintiff shall be filed by:
       February 28, 2025

2. EXPERT WITNESSES for the PLAINTIFF will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it. DUE DATE:                           May 15, 2025

3. EXPERT WITNESSES for the DEFENDANT will be
   identified by a report listing the qualifications of each
   expert, each opinion that the expert will present, and the
   basis for it.  DUE DATE:                          June 30, 2025

4. DISCOVERY must be completed by:                  August 31, 2025
   Written discovery requests are not timely if they are filed   (Due at least two weeks before
   so close to this deadline that the recipient would not be     motions deadline)
   required under the Federal Rules of Civil Procedure to
   respond until after the deadline.

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS          September 30, 2025
   (except motions *in limine*) will be filed by:   (Due 90 days prior to Trial)

6.     JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*    _____
(The Court will fill in this date)                                 (Due the Monday before trial)

                                                                                **January 15, 2026**

7.     TRIAL will begin at 9:00 a.m.                               (15 Months from the date case filed)
(The Court sets a firm trial date)

_____         _____
Date                                                             Keith P. Ellison
                                                                        United States District Judge

_____         _____
Date                                                             Counsel for Plaintiff(s)

_____         _____
Date                                                            Counsel for Defendant(s)