UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Peter Wilson,

    Plaintiff,

VS.

Texona Marketing LLC

    Defendant.

§
§
§
§
§
§
§
§
§

CIVIL ACTION NO. H- 4:24-cv-04003

### SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: __5__ Days      Jury: __x__    Non-Jury: _____

1. (a) NEW PARTIES shall be joined by:     February 28, 2025
   The Attorney causing the addition of new parties will provide copies of this Order to new parties.
   (b) **AMENDMENT TO PLEADINGS** by Plaintiff or Counter-Plaintiff shall be filed by:
   February 28, 2025

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:     May 15, 2025

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:     May 15, 2025

4. DISCOVERY must be completed by:     August 31, 2025
   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.
   (Due at least two weeks before motions deadline)

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by:     September 30, 2025
   (Due 90 days prior to Trial)

6.     JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*    _____
       (The Court will fill in this date)                   (Due the Monday before trial)

                                                                          **January 15, 2026**

7.     TRIAL will begin at 9:00 a.m.                 (15 Months from the date case filed)
       (The Court sets a firm trial date)

_____         _____
Date                                                          Keith P. Ellison
                                                                   United States District Judge

___1/24/2025_____         _____
Date                                                          Counsel for Plaintiff(s)

    1/24/2025_____           _____
Date                                                         Counsel for Defendant(s)