IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **PETER WILSON, individually and on behalf of all others similarly situated,** *Plaintiff*, | § § § § | |
| **vs.** | § § | **CIVIL ACTION NO. 4:24-CV-04003** |
| **TEXONA MARKETING, LLC d/b/a COLLINS GHOSTWRITING,** *Defendant.* | § § § § | |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

On this day came to be heard the Parties Joint Motion for Extension of Time.

After considering the Motion, the Court is of the opinion that the Motion should be and hereby is GRANTED. IT IS, THEREFORE, ORDERED that all deadlines in the proposed Scheduling/Docket Order (Doc. 13), other than the deadline to join parties or amend pleadings, be extended by 150 days.

SIGNED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

1