United States District Court
Southern District of Texas
**ENTERED**
June 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PETER WILSON, individually and on behalf of all others similarly situated, *Plaintiff*, | § § § § | |
| vs. | § | CIVIL ACTION NO. 4:24-CV-04003 |
| TEXONA MARKETING, LLC d/b/a COLLINS GHOSTWRITING, *Defendant.* | § § § § | |

### ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

On this day came to be heard the Parties Joint Motion for Extension of Time. ECF 14

After considering the Motion, the Court is of the opinion that the Motion should be and hereby is GRANTED IN PART. IT IS, THEREFORE, ORDERED that deadlines in this case will be as follows:

| | |
|---|---|
| Expert Witnesses for Both Parties: | September 1, 2025 |
| Discovery | October 1, 2025 |
| Dispositive Motions Deadline | October 15, 2025 |
| Trial | January 15, 2026 |

Parties are reminded that absent good cause, the trial date and dispositive motions date are firm. Parties may jointly alter the remaining dates as they wish.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 18ʰ of June, 2025

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE