UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Peter Wilson

v.                                                  Case Number: 4:24–cv–04003

Texona Marketing, LLC

---

NOTICE OF RESETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Keith P Ellison

**PLACE:**
Courtroom 3A Houston
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 1/20/2026

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Jury Trial

Date:   August 5, 2025

Nathan Ochsner, Clerk