IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| PETER WILSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEXONA MARKETING LLC D/B/A COLLINS GHOSTWRITING<br><br>Defendant. | Case No.<br>**4:24-CV-04003** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties file this Stipulation of Dismissal without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1) with each party to bear its own costs and fees.

Dated: December 11, 2025          PLAINTIFF,

By:

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

1

Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*/s/ Ali A. Hakeem*
Ali A. Hakeem
Of Counsel
Sowell, Walls & Powell PLLC
21320 Provincial Blvd.
Katy, Texas 77450
Southern District of Texas Federal ID No. 3644314
Texas Bar No. 24065354
(832) 437-0973
Attorney for Defendant