United States District Court
Southern District of Texas
**ENTERED**
December 15, 2025
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **PETER WILSON, individually and on behalf of all others similarly situated,** | § § § § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL ACTION NO. 4:24-cv-04003 |
| | § | |
| **TEXONA MARKETING LLC D/B/A COLLINS GHOSTWRITING,** | § § § § | |
| *Defendants*. | § | |

### ORDER

The Parties in this case filed a Stipulation of Dismissal, stipulating that all claims that were or could have been asserted against Defendant Texona Marketing LLC d/b/a Collins Ghostwriting in the above-styled action be dismissed without prejudice from the above-entitled action. ECF No. 17. In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action and all claims and defenses asserted in all such actions are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 11th of December, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE